IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **SCANNING TECHNOLOGIES INNOVATIONS LLC,** | § § § | |
| Plaintiff, | § § | Case No: 4:22-cv-00372 |
| vs. | § § § | PATENT CASE |
| **MOBOLUTIONS, LLC** | § § § | JURY TRIAL DEMANDED |
| Defendant. | § § § | |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff Scanning Technologies Innovations, LLC, and Defendant Mobolutions, LLC, by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all counter-claims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

Dated:  June 17, 2022          Respectfully submitted,

*/s/Jay Johnson*
**JAY JOHNSON**
State Bar No. 24067322
**KIZZIA JOHNSON PLLC**
1910 Pacific Avenue, Suite 13000
Dallas, Texas 75201
(214) 451 -0164
Fax: (214) 451-0165
jay@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**


**FISH & RICHARDSON P.C.**

*/s/ Noel F. Chakkalakal*
Neil J. McNabnay
mcnabnay@fr.com
Ricardo J. Bonilla
rbonilla@fr.com
Noel Chakkalakal
chakkalakal@fr.com

FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 - Telephone
(214) 747-2091 - Facsimile

**ATTORNEYS FOR DEFENDANT**


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was filed electronically and served by operation of the Court's electronic filing system on June 17, 2022.  Parties may access the foregoing through the Court's system.

*/s/Jay Johnson*
**JAY JOHNSON**

SO ORDERED, this ____ day of June ___ 2022.

BY THE COURT: