IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SCANNING TECHNOLOGIES INNOVATIONS LLC, | § § § |
| Plaintiff, | § § |
| vs. | § § § |
| MOBOLUTIONS, LLC | § § |
| Defendant. | § § § |

Case No: 4:22-cv-00372-ALM

PATENT CASE

JURY TRIAL DEMANDED

### ORDER

On this date came on to be heard Plaintiff and Defendant's Joint Stipulation of Dismissal and the Court having considered same, is of the opinion that the Stipulation should be GRANTED. Accordingly,

It is hereby ORDERED that all claims asserted by the Plaintiff in this action are dismissed with prejudice and all counter-claims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii) and that each party shall bear its own costs and attorneys' fees with respect to the matters dismissed.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

SIGNED this 22nd day of June, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE